NDFL Prob 35A  
(6/03)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:08mj78/MD

MARILYN G. TAYLOR

On June 18, 2008, the above named was placed on Probation for a period of one year. She has complied with the rules and regulations of Probation and is no longer in need of Probation supervision. It is accordingly recommended that Marilyn G. Taylor be discharged from Probation.

Respectfully submitted,

_____  
Brian S. Davis  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Probation and that the proceedings in the case be terminated. It is further recommended that the driver's license suspension of one year be reduced to a period of six months.

Date this 5TH day of ~~Dec~~ January, 20 09.

_____  
Honorable Miles Davis  
United States Magistrate Judge

Certified Copy to Defendant